IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02305-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY IN SAFE DEPOSIT BOX # 5479 AT CITIBANK SINGAPORE;**

2. **ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY IN SAFE DEPOSIT BOX # 7150 AT CITIBANK SINGAPORE;**

3. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY, IN CUSTOMER ACCOUNT # 178577 AT CITIBANK SINGAPORE;

4. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY, IN CUSTOMER ACCOUNT # 6-178577-008 AT CITIBANK SINGAPORE;

5. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY, IN CUSTOMER ACCOUNT # 0-178577-018 AT CITIBANK SINGAPORE;

6. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY, IN CUSTOMER ACCOUNT # 6178577008 AT CITIBANK SINGAPORE;

7. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, DORADO DEVELOPMENT LTD. IN ACCOUNT # 178588 AT CITIBANK SINGAPORE OR HONG KONG SHANGHAI BANK SINGAPORE;

8. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT DORADO DEVELOPMENT LTD. IN ACCOUNT # 0-178588-001 AT CITIBANK SINGAPORE OR HONG KONG SHANGHAI BANK SINGAPORE;

9.  ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, CANTELYPE DEVELOPMENTS LTD., IN ACCOUNT # 177718 AT CITIBANK SINGAPORE;

10. ALL FUNDS HELD IN, IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, DORADO DEVELOPMENT LTD., IN ACCOUNT # 14307988 AT CITIBANK-SINGAPORE, STANDARD CHARTERED BANK SINGAPORE, AND/OR HONG KONG SHANGHAI BANK SINGAPORE;

11. **ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, JOHN WALTER BUMP, IN ACCOUNT # 177710 AT CITIBANK SINGAPORE**;

12. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, JOHN WALTER BUMP, IN ACCOUNT # 617710006(SI) AT CITIBANK SINGAPORE,

    Defendants.

_____

**ORDER TO VACATE FINAL ORDER OF FORFEITURE
AS CERTAIN DEFENDANT ASSETS**
_____

This Matter comes before the Court on Plaintiff's Motion to Vacate the Final Order of Forfeiture, filed November 5, 2015.

Plaintiff has requested that the Final Order of Forfeiture be vacated solely as to the following defendant assets so that notice may be sent to potential claimants not previously notified of this action:

(1) Defendant All Funds Held In The Name Of, Or For The Direct Or Indirect Benefit Of Thomas Christopher Gibney In Safe Deposit Box # 5479 at Citibank Singapore (defendant Safe Deposit Box # 5479);

(2) Defendant All Funds Held In The Name Of, Or For The Direct Or Indirect Benefit Of Thomas Christopher Gibney In Safe Deposit Box # 7150 at Citibank Singapore (defendant Safe Deposit Box # 7150); and

(3) Defendant All Funds Held In The Name Of, Or For The Direct Or Indirect Benefit Of, John Walter Bump, In Account # 177710 at Citibank Singapore (defendant Account number 177710).

IT IS THEREFORE ORDERED that Plaintiff's Motion to Vacate the Final Order of Forfeiture is Granted.  The Final Order of Forfeiture entered by the Court on May 9, 2013, is vacated solely as to defendant Account number 177710, defendant Safe Deposit Box # 5479 and defendant Safe Deposit Box # 7150, and the United States shall give notice to Diane Jennifer Bump and Donald Michael Jeal, allowing them the opportunity to file a claim on these assets.

The Final Order of Forfeiture entered by the Court on May 9, 2013, shall remain in full force and effect as to all other defendant assets.

SO ORDERED this  9th  day of   November  , 2015.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK
U.S. District Court Senior Judge