IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02305-LTB

THE UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY IN SAFE DEPOSIT BOX # 5479 AT CITIBANK SINGAPORE;**

2. **ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY IN SAFE DEPOSIT BOX # 7150 AT CITIBANK SINGAPORE;**

3. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY, IN CUSTOMER ACCOUNT # 178577 AT CITIBANK SINGAPORE;

4. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY, IN CUSTOMER ACCOUNT # 6-178577-008 AT CITIBANK SINGAPORE;

5. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY, IN CUSTOMER ACCOUNT # 0-178577-018 AT CITIBANK SINGAPORE;

6. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, THOMAS CHRISTOPHER GIBNEY, IN CUSTOMER ACCOUNT # 6178577008 AT CITIBANK SINGAPORE;

7. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, DORADO DEVELOPMENT LTD. IN ACCOUNT # 178588 AT CITIBANK-SINGAPORE OR HONG KONG SHANGHAI BANK - SINGAPORE;

8  ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT DORADO DEVELOPMENT LTD. IN ACCOUNT # 0-178588-001 AT CITIBANK-SINGAPORE OR HONG KONG SHANGHAI BANK – SINGAPORE;

8. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, CANTELYPE DEVELOPMENTS LTD., IN ACCOUNT # 177718 AT CITIBANK – SINGAPORE;

9. ALL FUNDS HELD IN, IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, DORADO DEVELOPMENT LTD., IN ACCOUNT # 14307988 AT CITIBANK-SINGAPORE, STANDARD CHARTERED BANK-SINGAPORE, AND/OR HONG KONG SHANGHAI BANK - SINGAPORE;

11. **ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, JOHN WALTER BUMP, IN ACCOUNT # 177710 AT CITIBANK – SINGAPORE;** and

12. ALL FUNDS HELD IN THE NAME OF, OR FOR THE DIRECT OR INDIRECT BENEFIT OF, JOHN WALTER BUMP, IN ACCOUNT # 617710006(SI) AT CITIBANK – SINGAPORE,

        Defendants.
_____

**DEFAULT AND SECOND FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Default and Second Final Order of Forfeiture, and the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after proper notice, including additional notice to newly discovered individuals in December 2015, neither the known potential claimants, nor any other third party, has filed a Claim or Answer as to defendant property as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT the Clerk's Entry of Default was entered on January 19, 2016;  (Doc. 19).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant property described as follows:

    a.    All funds held in the name of, or for the direct or indirect benefit of, Thomas Christopher Gibney in safe deposit box # 5479 at CitiBank Singapore;

    b.    All funds held in the name of, or for the direct or indirect benefit of, Thomas Christopher Gibney in safe deposit box # 7150 at CitiBank Singapore; and

    c.    All funds held in the name of, or for the direct or indirect benefit of, John Walter Bump, in Account # 177710 at CitiBank – Singapore;

and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis, by a preponderance of the evidence, for a final judgment and order of forfeiture as to defendant property highlighted in the caption;

THAT the Final Order of Forfeiture entered by the Court on May 9, 2013, as to all other Defendant assets, with the exception of the three assets dealt with in this Order, remains in full force and effect;

THAT the Clerk of Court shall be directed to enter Judgment as to the three defendant properties indicated;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of defendant property highlighted above, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

THAT the United States shall have full and legal title as to defendant property noted above and may dispose of said property in accordance with law;

THAT this Default and Second Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant property under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant property described as follows:

    a. All funds held in the name of, or for the direct or indirect benefit of, Thomas Christopher Gibney in safe deposit box # 5479 at CitiBank Singapore;

    b. All funds held in the name of, or for the direct or indirect benefit of, Thomas Christopher Gibney in safe deposit box # 7150 at CitiBank Singapore; and

    c. All funds held in the name of, or for the direct or indirect benefit of, John Walter Bump, in Account # 177710 at CitiBank – Singapore.

SO ORDERED this __29th__ day of ___January___, 2016.

BY THE COURT:

    __s/Lewis T. Babcock__
    LEWIS T. BABCOCK
    U.S. District Court Senior Judge